# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VILLAGE HEIGHTS CONDOMINIUM ASSOCIATION, an unincorporated association, | : : : : | 4:16-cv-554 |
| Plaintiff, | : : | Hon. John E. Jones III |
| v. | : : | |
| THE CINCINNATI INSURANCE CO., | : : | |
| Defendant. | : | |

## ORDER

### February 10, 2017

Presently before this Court are the parties' cross-Motions for Summary Judgment (Docs. 12 & 15). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment (Doc. 15) is **GRANTED** in its entirety.

2. Defendant's Motion for Summary Judgment (Doc. 12) is **DENIED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

    s/ John E. Jones III  
    John E. Jones III  
    United States District Judge